UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:11-cr-00205-JAW-07 |
| | ) | |
| ABRAHAM LLUBERES | ) | |

**ORDER ON CONTEMPT FINDING**

On August 11, 2014, the Court held Abraham Lluberes in contempt of court as a result of his then refusal to testify in the trial of Co-Defendant Kelvin Mally. The Court's finding, however, was conditioned upon Mr. Lluberes' right to purge the contempt by testifying before the end of the trial. On August 14, 2014, Mr. Lluberes testified at Mr. Mally's trial and the Court finds that Mr. Lluberes has purged himself of the Court's earlier contempt finding. *See Hicks v. Feiock*, 485 U.S. 624 (1988).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 15th day of August, 2014